**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10961
Non-Argument Calendar
_____

DAVID AARON LINK,

*Plaintiff-Appellant,*

*versus*

3M COMPANY,
3M OCCUPATIONAL SAFETY LLC,
AEARO HOLDING, LLC,
AEARO INTERMEDIATE, LLC,
AEARO, LLC, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 7:20-cv-24931-MCR-GRJ
_____

2                          Opinion of the Court                          26-10961

Before GRANT, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. David Link, pro se, appeals the district court's September 10, 2024 order dismissing his action, for which judgment is deemed entered on February 7, 2025. *See* Fed. R. App. P. 4(a)(7)(A)(ii); Fed. R. Civ. P. 58(a). The 30-day statutory deadline required Link to file a notice of appeal on or before March 10, 2025. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); *id.* R. 26(a)(1)(C). However, Link's notice is deemed as filed on March 13, 2026, the date on which it was received by the United States Court of Appeals for the Federal Circuit. *See* Fed. R. App. P. 4(d) (providing that when a notice of appeal is mistakenly filed in an appellate court, the notice is deemed filed on the date the appellate court received it). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).